IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MARGARET G. BROOKS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES, et al.,<br><br>Defendants. | CV 25-47-H-BMM<br><br><br>ORDER |

On July 30, 2025, the Court dismissed Plaintiff Margaret G. Brooks ("Brooks") Complaint without prejudice, and granted Brooks until August 31, 2025 to file an Amended Complaint providing the necessary factual allegations to support a plausible claim upon which relief may be granted. (Doc. 6). Brooks filed an Amended Complaint on September 2, 2025 (Doc. 8).

Brooks' Amended Complaint also fails to state a claim for relief and, therefore, will be dismissed. Brooks again fails to detail the specific conduct each Defendant engaged in, which if true, would potentially support viable legal claims under 42 U.S.C § 1983. Brooks does not provide any information about what each Defendant allegedly did to violate her constitutional rights, nor how, when or where they did so.

Accordingly, it is **HEREBY ORDERED:**

Brooks' Amended Complaint (Doc. 8) is **DISMISSED WITH**

1

**PREJUDICE.**

Brooks' Motion to Appoint Counsel (Doc. 2) is **DENIED AS MOOT**. The Clerk of Court is directed to close this case.

DATED this 15th day of September 2025.

_____
Brian Morris, Chief District Judge
United States District Courts