UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MARGARET G. BROOKS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES, et al,<br><br>　　　　　Defendants. | Case No. CV-25-47-H-BMM<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that the Amended Complaint [8] is DISMISSED WITH PREJUDICE.

　　Dated this 15th day of September, 2025

　　　　　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　　　　By:　 /s/ M. Stewart
　　　　　　　　　　　　Deputy Clerk